UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | No: 22-mj-00251-MAT |
| v. § | |
| § | |
| **Yariel Jimenez-Mayea,** § | |
| § | |
| **Defendant.** § | |
| § | |

### UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

**TO THE HONORABLE COURT**:

COMES NOW Defendant, YARIEL JIMENEZ-MAYEA, and requests that Attorney Elyse M. Bataller-Schneider be relieved of duties as Counsel for Defendant in this cause and be substituted by Mr. Daniel A. Marquez.

Defendant states the following in support of this motion:

1. Defendant has retained Attorney Daniel A. Marquez to represent him in this matter.

2. Attorney Elyse M. Bataller-Schneider, Defense Counsel for Defendant, YARIEL JIMENEZ-MAYEA, does not oppose this motion.

3. This motion is not filed for the purpose of delay.

WHEREFORE defendant YARIEL JIMENEZ-MAYEA requests that the Court grant this motion and issue an order that:

A. Attorney Elyse M. Bataller-Schneider is discharged from further representation of Defendant;

B. Permit substitute counsel to proceed as defense counsel of record; and

C. Such further relief as justice requires.

Respectfully submitted,

*/s/ Daniel A. Marquez*

Daniel A. Marquez
TX Bar 24091603
1308 Montana Ave, Ste. A
El Paso, TX 79902
Office: 915.270.9580
Fax: 915.207.1930
E-mail: dan@damlawoffice.com
Proposed Substitute Counsel for Defendant

2/15/22
Date

Approved as to content:

*/s/ for Elyse M. Bataller-Schneider*   2/15/22
Elyse M. Bataller-Schneider              Date

2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th day of February, 2022, I filed the foregoing Motion to Substitute Counsel electronically through the CM/ECF system, which caused a copy of the pleading to be served electronically on counsel of record addressed as follows:

Elyse M. Bataller-Schneider
Federal Public Defender
700 E. San Antonio Ave., D-401
El Paso, TX 79901
915-534-6525
Email: elyse_bataller@fd.org
Attorney for Defendant

AND

Adam R. Hines
U.S. Attorney's Office
700 E. San Antonio, Ste. 200
El Paso, TX 79901
915-534-6884
Email: adam.hines@usdoj.gov

_____
Daniel A. Marquez