# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | No:  EP:22-CR-00233(1)-DCG |
| | § | |
| (1) Yariel Jimenez-Mayea | § | |

## ORDER

On this day, the Court considered Defendant's Motion for Continuance, made orally during docket call on April 6, 2022, in the above-captioned cause. The motion was made because of the need for further investigation, preparation of the defense due to complex discovery issues in the case, and/or plea negotiations.  After due consideration, the Court is of the opinion that the motion should be granted.

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time from April 6, 2022 through June 1, 2022, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161.

Accordingly, it is hereby ORDERED that the Defendant's Motion For Continuance is GRANTED.  This cause is rescheduled for **DOCKET CALL on: June 1, 2022 at 1:30 PM  *BY ZOOM VIDEO CONFERENCE.*  A link for the Zoom video conference will be forwarded to you no later than twenty-four hours before the scheduled hearing.  Please join the video conference by**

clicking on the link, from your device, at least 15 minutes prior to the scheduled time of the hearing.

SIGNED:  6th day of April, 2022.

HONORABLE DAVID C GUADERRAMA
UNITED STATES DISTRICT JUDGE