|  |  |
|---|---|
| **United States District Court** | **FILED** |
| Western District of Texas | Feb 9 2023 |
| El Paso Division | Clerk, U.S. District Court |
|  | Western District of |
|  | Texas |
|  | By: _____VMedina_____ |
|  | Deputy |

**UNITED STATES OF AMERICA** §
§
vs. § Case Number: EP:22-CR-00233(1)-DCG
§ LS
**(1) Yariel Jimenez-Mayea** §
§

*Defendant*

## ORDER SETTING PLEA - IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is set for PLEA in Magistrate Courtroom, Room 512, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**Wednesday, March 01, 2023 at 1:30 PM**

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense of this case, and that the time from February 01, 2023 through March 01, 2023 , is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office.  Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FURTHER ORDERED that if for any reason the defendant or counsel is not available that the attorney of the defendant must file a motion for continuance waiving defendant's speedy trial rights for the period of the continuance.

IT IS SO ORDERED this the 9th day of February, 2023.

_____
LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § § | NO:  EP:22-CR-00233(1)-DCG |
| (1) Yariel Jimenez-Mayea | | |

## DEFENDANT'S WAIVER OF RULE 32 TIME LIMITS

Rule 32 of the Federal Rules of Criminal Procedure and Rule CR-32 of the Local Court Rules of the United States Court for the Western District of Texas specify time limits for the disclosure and submission of the presentence report.

Having been fully apprised by my counsel of record of these time limits, I hereby knowingly and voluntarily waive the limits, set out in Fed. R. Crim. P. 32(e)(2), 32(f)(l), and 32(g).

I understand that by waiving these time limits, the time limits set out in Local Rule CR-32(b) will apply.

_____      _____
         Date                                                           Defendant

_____
Attorney for Defendant

_____
Assistant U.S. Attorney

_____

APPROVED: _____      _____
                    Date                                                LEON SCHYDLOWER
                                                                        UNITED STATES MAGISTRATE JUDGE